Scott E. Davis
State Bar No. 016160
SCOTT E. DAVIS, P.C.
8360 E. Raintree Drive, Suite 140
Scottsdale, AZ 85260

Telephone: (602) 482-4300
Facsimile:  (602) 569-9720
email: davis@scottdavispc.com

*Attorney for Plaintiff Jennifer Underwood*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Jennifer Underwood,<br><br>       Plaintiff,<br><br>       v.<br><br>Life Insurance Company of North America,<br><br>       Defendant. | Case No. 2:21-cv-00650-JAT<br><br>**JOINT NOTICE OF SETTLEMENT** |

   The parties hereby give notice that this case has settled.  The parties are beginning to work on a settlement agreement and once completed and signed, will file a Stipulation and Proposed Order to dismiss this case with prejudice.

   RESPECTFULLY SUBMITTED this 8th day of September, 2021.

*/s/ Scott E. Davis, Esq.*                           */s/ Kristina Holmstrom, Esq.*
Scott E. Davis, Esq.                                  Kristina Holmstrom, Esq.
Attorney for Plaintiff                                Attorney for Defendant