IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jennifer Underwood, | No. CV-21-00650-PHX-JAT |
| Plaintiff, | **ORDER** |
| v. | |
| Life Insurance Company of North America, | |
| Defendant. | |

The Court has received notice that this case has settled (Doc. 25).  Accordingly,

**IT IS ORDERED** that the Clerk of Court shall, without further notice, **DISMISS** this entire case on October 8, 2021, with prejudice, and shall enter judgment accordingly, unless <u>prior thereto</u> a party withdraws the notice of settlement.

**IT IS FURTHER ORDERED** that, in the event either party withdraws the notice of settlement, the deadline for Plaintiff to file a motion for de novo review is continued to October 15, 2021.  All other deadlines in this Court's scheduling order (Doc. 24) are confirmed.

Dated this 9th day of September, 2021.

James A. Teilborg
Senior United States District Judge