1
2
3
4
5
6                  **IN THE UNITED STATES DISTRICT COURT**
7                    **FOR THE DISTRICT OF ARIZONA**
8

| | |
|---|---|
| 9  Jennifer Underwood, | No. CV-21-00650-PHX-JAT |
| 10            Plaintiff, | **ORDER** |
| 11  v. | |
| 12  Life Insurance Company of North America, | |
| 13            Defendant. | |
| 14 | |

15        **IT IS ORDERED** that the stipulated motion to dismiss, with prejudice, (Doc. 27)

16  is granted.  This case is dismissed, with prejudice, each side will bear its own attorney's

17  fees and costs.

18        Dated this 5th day of October, 2021.

19
20
21
22                                    James A. Teilborg
                                     Senior United States District Judge
23
24
25
26
27
28